Exhibit 1

|    | Plaintiff | Original Civil Action | Second Civil Action |
|---|---|---|---|
| 1  | Abarca, Edgar        | 06cv1648  | 07cv1550 |
| 2  | Aguilar, Luis        | 06cv12701 | 07cv1553 |
| 3  | Alvarracin, Jose     | 06cv14456 | 07cv1556 |
| 4  | Annunziato, Phillip  | 06cv14466 | 07cv1557 |
| 5  | Arbelaez, Fabio      | 05cv10747 | 07cv1558 |
| 6  | Arias, Julio         | 06cv1340  | 07cv1559 |
| 7  | Aristizabal, Enid    | 06cv4377  | 07cv1560 |
| 8  | Avila, Cesar         | 06cv1588  | 07cv1563 |
| 9  | Bajguz, Aleksander   | 06cv2528  | 07cv1566 |
| 10 | Banda, Ivan          | 06cv14483 | 07cv1567 |
| 11 | Banda, Nestor        | 06cv14484 | 07cv1568 |
| 12 | Benitez, Luis        | 06cv13799 | 07cv1570 |
| 13 | Calero, Ivan         | 06cv1650  | 07cv1575 |
| 14 | Campuzano, Consuelo  | 06cv14529 | 07cv1579 |
| 15 | Cardenas, Edison     | 06cv14533 | 07cv1580 |
| 16 | Claret, Cecilia      | 06cv14554 | 07cv1591 |
| 17 | Colucci, Christopher | 06cv14564 | 07cv1592 |
| 18 | Criollo, Jose        | 05cv1104  | 07cv1547 |
| 19 | Deleon, Isabel       | 06cv14593 | 07cv1600 |
| 20 | Dutan, Elvia         | 06cv5504  | 07cv1606 |
| 21 | Encalada, Jorge      | 05cv10737 | 07cv1607 |
| 22 | Flynn, James         | 06cv14652 | 07cv1610 |
| 23 | Gallo, Juan          | 06cv14670 | 07cv1614 |
| 24 | Garcia, Jose         | 06cv2218  | 07cv1616 |
| 25 | Garcia, Viviana      | 06cv14671 | 07cv1617 |
| 26 | Gomez, Gildardo      | 06cv2285  | 07cv1621 |
| 27 | Hernandez, Robert    | 06cv14719 | 07cv1624 |
| 28 | Hurtado, William     | 06cv10781 | 07cv1625 |
| 29 | Idrovo, Edgar        | 06cv11025 | 07cv1627 |
| 30 | Kowalczyk, Adam      | 06cv2252  | 07cv1642 |
| 31 | Kukacki, Kazimierz   | 06cv14781 | 07cv1643 |
| 32 | Lopez, Milton        | 06cv14805 | 07cv1653 |
| 33 | Maldonado, Mariana   | 06cv1786  | 07cv1656 |
| 34 | McCann, James        | 06cv14847 | 07cv1660 |
| 35 | Mendez, Edgar        | 05cv1180  | 07cv1663 |
| 36 | Moreno, Sandra       | 06cv14901 | 07cv1670 |
| 37 | Narvaez, Carlos      | 06cv2221  | 07cv1672 |
| 38 | Ocampo, Orlando      | 05cv9161  | 07cv1673 |
| 39 | Pachay, Maximo       | 05cv9041  | 07cv1678 |
| 40 | Padilla, Carmen      | 05cv9822  | 07cv1679 |
| 41 | Pena, Gabriel        | 05cv1385  | 07cv1681 |
| 42 | Pina, Napoleon       | 06cv12413 | 07cv1685 |
| 43 | Polo, Jose           | 05cv1418  | 07cv1686 |
| 44 | Porowski, Piotr      | 06cv3850  | 07cv1687 |
| 45 | Reyes, Angel         | 06cv14998 | 07cv1691 |
| 46 | Rivera, Sonia        | 06cv6234  | 07cv1692 |
| 47 | Robles, Maria        | 06cv11257 | 07cv1693 |
| 48 | Rodriguez, Rosa      | 06cv845   | 07cv1695 |

Exhibit 1

| | | | |
|---|---|---|---|
| 49 | Rojas, Mario | 06cv5786 | 07cv1697 |
| 50 | Savage, Gertrudis | 05cv9951 | 07cv1701 |
| 51 | Sumba, Samuel | 05cv1783 | 07cv1710 |
| 52 | Valenzuela, Mario | 06cv14159 | 07cv1718 |
| 53 | Villafuerte, Julio | 06cv1652 | 07cv1724 |
| 54 | Vivar, Rosa | 06cv997 | 07cv1726 |

Case 1:07-cv-01656-AKH    Document 7-2    Filed 10/12/2007    Page 2 of 2

Exhibit 1